Ruoyu Roy Wang, Bar No. 239065
rwang@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:  415 439-1984
Facsimile:  415 439-1500

Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUTTASAK SIMMA, <br><br> Petitioner, <br><br> v. <br><br> ALBERTO GONZALES, in his official capacity as Attorney General of the United States; MICHAEL CHERTOFF, in his official capacity as Secretary of the United States Department of Homeland Security; NANCY ALCANTAR, in her official capacity as Field Office Director for the Office of Detention and Removal Operations for Immigration and Customs Enforcement; DAVID SEPULVEDA, in his official capacity as Director of the Main Jail of the Santa Clara County Correctional Facilities, <br><br> Respondents. | Case No. C 07-3534 MMC <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18, and not a party to this action. My place of employment and business address is 555 California Street, 24th Floor, San Francisco, California 94104. On July 9, 2007, I caused a copy of the following to be served on the parties as follows:

**VERIFIED PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241**

[X] **BY MAIL.** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. The above document was placed in a sealed envelope/box with first-class postage thereon fully prepaid, and placed for collection and mailing on that date following ordinary business practice.

[ ] **BY HAND DELIVERY.** I caused the above document(s) to be placed in the hands of the addressee listed below, or a representative thereof.

[ ] **BY FACSIMILE.** By transmitting via facsimile, the document(s) listed above to the fax number set forth below on this date before 5:00 p.m. I am aware that service is presumed invalid unless the transmission machine properly issues a transmission report stating the transmission is complete and without error.

[ ] **BY OVERNIGHT COURIER SERVICE.** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for deposit with an overnight delivery service. Correspondence placed for collection and processing is either delivered to a courier or driver authorized by said overnight delivery service to receive documents or deposited by an employee or agent of this firm in a box or other facility regularly maintained by said overnight delivery service that same day in the ordinary course of business.

United States Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed July 9, 2007, at San Francisco, California.

_Gina L. Braden_