Ruoyu Roy Wang, Bar No. 239065
rwang@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    415 439-1984
Facsimile:    415 439-1500

Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUTTASAK SIMMA,<br><br>   Petitioner,<br><br>v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States; MICHAEL CHERTOFF, in his official capacity as Secretary of the United States Department of Homeland Security; NANCY ALCANTAR, in her official capacity as Field Office Director for the Office of Detention and Removal Operations for Immigration and Customs Enforcement; DAVID SEPULVEDA, in his official capacity as Director of the Main Jail of the Santa Clara County Correctional Facilities,<br><br>   Respondents. | Case No. C 07-3534 MMC<br><br>**PETITIONER YUTTASAK SIMMA'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 AND 79-5 TO SEAL CERTAIN PORTIONS OF SIMMA'S VERIFIED PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rules 7-11 and 79-5, Petitioner Yuttasak Simma hereby requests an order to seal certain portions of the Petition and its Exhibit A. The Petition documents manually filed on July 6, 2007 contain dates of birth that relate to the merits of the case. The dates of birth are sealable pursuant to General Order 53, which requires such personal identifiers be redacted. A corrected copy of the Petition and its Exhibit A reflecting that they contain materials to be filed under seal and a redacted version for the public record are filed concurrently herewith.

Dated: July 10, 2007                         KIRKLAND & ELLIS LLP


                                             By: /S/ RUOYU ROY WANG

                                                 Ruoyu Roy Wang
                                                 Attorney for Petitioner