Ruoyu Roy Wang, Bar No. 239065
rwang@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:  415 439-1984
Facsimile:  415 439-1500

Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUTTASAK SIMMA,<br><br>　　　　　Petitioner,<br><br>v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States; MICHAEL CHERTOFF, in his official capacity as Secretary of the United States Department of Homeland Security; NANCY ALCANTAR, in her official capacity as Field Office Director for the Office of Detention and Removal Operations for Immigration and Customs Enforcement; DAVID SEPULVEDA, in his official capacity as Director of the Main Jail of the Santa Clara County Correctional Facilities,<br><br>　　　　　Respondents. | Case No. C 07-3534 MMC<br><br>**DECLARATION OF RUOYU ROY WANG IN SUPPORT OF PETITIONER YUTTASAK SIMMA'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 AND 79-5 TO SEAL CERTAIN PORTIONS OF SIMMA'S VERIFIED PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241** |

I, Ruoyu Roy Wang, declare as follows:

I am an attorney with Kirkland & Ellis LLP, counsel of record for Yuttasak Simma ("Simma") in the case of Simma. v. Gonzalez et al., pending in the United States District Court for the Northern District of California.

1. The Petition and Exhibit A attached thereto contain personal identifier information such as dates of birth.

2. General Order # 53 requires that the personal identifier information be redacted from pleadings.

3. Due to the nature of the Petition for Writ of Habeas, there is currently no opposing counsel from whom a stipulation as to the motion to seal can be sought and obtained.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed July 10, 2007 in San Francisco, California.

                                   /s/ RUOYU ROY WANG

                                       Ruoyu Roy Wang