Ruoyu Roy Wang, Bar No. 239065
rwang@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    415 439-1984
Facsimile:    415 439-1500

Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUTTASAK SIMMA,<br><br>        Petitioner,<br><br>v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States; MICHAEL CHERTOFF, in his official capacity as Secretary of the United States Department of Homeland Security; NANCY ALCANTAR, in her official capacity as Field Office Director for the Office of Detention and Removal Operations for Immigration and Customs Enforcement; DAVID SEPULVEDA, in his official capacity as Director of the Main Jail of the Santa Clara County Correctional Facilities,<br><br>        Respondents. | Case No. C 07-3534 MMC<br><br>**[PROPOSED] ORDER GRANTING PETITIONER YUTTASAK SIMMA'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 AND 79-5 TO SEAL CERTAIN PORTIONS OF SIMMA'S VERIFIED PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241** |

1
2
3
4
5
6

      After consideration of the miscellaneous administrative request of Petitioner Yuttasak Simma to seal certain portions of the Petition for Writ of Habeas, Simma's request is hereby GRANTED.

      IT IS HEREBY ORDERED THAT the original petition filed on July 6, 2007 shall be removed from the public record, and filed under seal, with Simma submitting a redacted version for inclusion in the public record.

7
8
9
10

Dated: _____     _____
                                          Hon. Maxine M. Chesney
                                          United States District Court Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28