Ruoyu Roy Wang, Bar No. 239065
rwang@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:  415 439-1984
Facsimile:  415 439-1500

Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUTTASAK SIMMA,<br><br>　　　　Petitioner,<br><br>v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States; MICHAEL CHERTOFF, in his official capacity as Secretary of the United States Department of Homeland Security; NANCY ALCANTAR, in her official capacity as Field Office Director for the Office of Detention and Removal Operations for Immigration and Customs Enforcement; DAVID SEPULVEDA, in his official capacity as Director of the Main Jail of the Santa Clara County Correctional Facilities,<br><br>　　　　Respondents. | Case No. C 07-3534 MMC<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18, and not a party to this action. My place of employment and business address is 555 California Street, 24th Floor, San Francisco, California 94104. On July 10, 2007, I caused a copy of the following to be served on the parties as follows:

**PETITIONER YUTTASAK SIMMA'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 AND 79-5 TO SEAL CERTAIN PORTIONS OF SIMMA'S VERIFIED PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241**

**DECLARATION OF RUOYU ROY WANG IN SUPPORT OF PETITIONER YUTTASAK SIMMA'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 AND 79-5 TO SEAL CERTAIN PORTIONS OF SIMMA'S VERIFIED PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241**

**[PROPOSED] ORDER GRANTING PETITIONER YUTTASAK SIMMA'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 AND 79-5 TO SEAL CERTAIN PORTIONS OF SIMMA'S VERIFIED PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241**

**VERIFIED PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 [FILED UNDER SEAL]**

**VERIFIED PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 [REDACTED]**

[ X ]   **BY CERTIFIED MAIL.** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. The above document was placed in a sealed envelope/box with first-class postage thereon fully prepaid, and placed for collection and mailing on that date following ordinary business practice.

| | |
|---|---|
| United States Attorney's Office<br>450 Golden Gate Avenue<br>Box 36055<br>San Francisco, CA 94102 | Michael Chertoff<br>Office of the Secretary<br>U.S. Department of Homeland Security<br>245 Murray Lane, SW<br>Washington, DC 20528 |
| Nancy Alcantar<br>Office of Detention and Removal Operations Offices<br>Field Office Director, San Francisco<br>630 Sansome Street, Rm 590<br>San Francisco, CA 94111 | Alberto Gonzalez<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |

1  David Sepulveda
   180 W. Hedding St.
2  San Jose, CA 95110

3  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

4  

5  Executed July 10, 2007, at San Francisco, California.

6  

7  _____
   Gina L. Braden

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28