Ruoyu Roy Wang, Bar No. 239065
rwang@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: 415 439-1984
Facsimile: 415 439-1500

Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUTTASAK SIMMA,<br><br>        Petitioner,<br><br>v.<br><br>ALBERTO GONZALES, in his official capacity as Attorney General of the United States; MICHAEL CHERTOFF, in his official capacity as Secretary of the United States Department of Homeland Security; NANCY ALCANTAR, in her official capacity as Field Office Director for the Office of Detention and Removal Operations for Immigration and Customs Enforcement; DAVID SEPULVEDA, in his official capacity as Director of the Main Jail of the Santa Clara County Correctional Facilities,<br><br>        Respondents. | Case No. C 07-3534 MMC<br><br>**ORDER GRANTING PETITIONER YUTTASAK SIMMA'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 AND 79-5 TO SEAL CERTAIN PORTIONS OF SIMMA'S VERIFIED PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241** |

1
2    After consideration of the miscellaneous administrative request of Petitioner Yuttasak Simma
3    to seal certain portions of the Petition for Writ of Habeas, Simma's request is hereby GRANTED.
     IT IS HEREBY ORDERED THAT the original petition filed on July 6, 2007 shall be
4    removed from the public record, and filed under seal.
5
6
7    Dated:  July 24, 2007
                                                                    *signature*
8                                                              Hon. Maxine M. Chesney
                                                               United States District Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Granting Admin Req. to File Under Seal        2                    Case No. C 07-3534 MMC