1  SCOTT N. SCHOOLS, SCBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12
    YUTTASAK SIMMA,                        )
13                                         )  No. C 07-3534 MMC
                                           )
14              Petitioner,                )
                                           )
15       v.                                )  **DECLARATION OF ILA C. DEISS**
                                           )
16  ALBERTO GONZALES, in his official capacity )
    as Attorney General of the United States; )
17  MICHAEL CHERTOFF, in his official capacity )
    as Secretary of the United States Department of )
18  Homeland Security; NANCY ALCANTAR, in  )
    her official capacity as Field Office Director for )
19  the Office of Detention and Removal Operations )
    for Immigration and Custom Enforcement; )
20  DAVID SEPULVEDA, in his official capacity as )
    Director of the Main Jail of the Santa Clara )
21  County Correctional Facilities,        )
                                           )
22              Respondents.               )
                                           )
23  _____

24       Pursuant to Local Rule 7-5 and 28 U.S.C. § 1746, I, Ila C. Deiss, declare as follows:

25       1. I am employed as an Assistant United States Attorney for the Northern District of California

26  and have been assigned *Simma v. Gonzalez*, C 07-3534 MMC. As such, I have personal

27  knowledge of the following facts and could testify regarding these facts if called to do so.

28       2. At the inception of this case, the United States Immigration and Customs Enforcement

Declaration of Ila C. Deiss
C-07-3534 MMC

1  (formerly, the Immigration and Naturalization Service) provided me portions of Mr. Simma's
2  administrative Alien File.
3      3.   Attached as Exhibit 1 is a true and correct copy of Simma's Notice to Appear, dated March
4  28, 2007.
5      4.   Attached as Exhibit 2 is a true and correct copy of Simma's Minutes, Abstract of Judgment,
6  and Complaint in *People v. Simma*, CR 06-2210436, various 2006 dates.
7      5.   Attached as Exhibit 3 is a true and correct copy of Simma's Warrant for Arrest of Alien,
8  and Notice of Custody Determination, dated March 28, 2007.
9      6.   Attached as Exhibit 4 is a true and correct copy of Simma's N-600 Application for
10 Certificate of Citizenship with attachments, signed June 11, 2007.
11     I declare under penalty of perjury that the foregoing is true and correct and that this declaration
12 was executed under the laws of the United States on this 22nd day of August 2007, in San
13 Francisco, California.

                                                                      /s/
                                          ILA C. DEISS