# EXHIBIT 1

U. S. Department of Justice
Immigration and Naturalization Service

**Notice to Appear**

---

## In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID : 259804748

File No: A041 922 247

Event No: SFR0703001368

In the Matter of:

Respondent:  Yuttasak SIMMA _____ currently residing at:

ICE CUSTODY 630 SANSOME STREET , SAN FRANCISCO CALIFORNIA 94111

(Number, street, city and ZIP code)                    (Area code and phone number)

☐  1. You are an arriving alien.

☐  2. You are an alien present in the United States who has not been admitted or paroled.

☒  3. You have been admitted to the United States, but are removable for the reasons stated below.

The Service alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of THAILAND and a citizen of THAILAND;
3. You were admitted to the United States at HONOLULU, HAWAII on or about  May 9, 1988 as a lawful permanent resident;
4.
5. You were, on November 9th 2006, convicted in the Superior Court of California County of San Francisco for the offense of POSSESSION OF A CONTROLLED SUBSTANCE FOR SALE, in violation of 11378 of the California Health and Safety Code.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

See Continuation Page Made a Part Hereof

☐  This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐  Section 235(b)(1) order was vacated pursuant to: ☐ 8CFR 208.30(f)(2) ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
120 MONTGOMERY ST. SUITE 800 San Francisco CALIFORNIA US 94104

_____
(Complete Address of Immigration Court, including Room Number, if any)

on a date to be set _____ at a time to be set _____ to show why you should not be removed from the United States based on the

(Date)                    (Time)

charges(s) set forth above.

Date: March 28, 2007                    JUAN BUSTOS                    SDDO
_____
(Signature and Title of Issuing Officer)

SAN FRANCISCO DISTRICT OFFICE
_____
(City and State)

See reverse for important information

Form I-862 (Rev. 08-09-02)N

### Notice to Respondent

**Warning: Any statement you make may be used against you in removal proceedings.**

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing**: At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this preceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local INS office or over the internet at http://www.ins.gov/graphics/surrender.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

---

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: 

_____
(Signature of Respondent)

_____ 2373
(Signature and Title of INS Officer)

Date: **March 28, 2007**

---

<table>
<tr><td colspan="2" align="center"><strong>Certificate of Service</strong></td></tr>
</table>

This Notice To Appear was served on the respondent by me on **March 28, 2007**, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

[x] in person    [ ] by certified mail, returned receipt requested    [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[ ] Attached is a list of organization and attorneys which provide free legal services.

**ENGLISH**

The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

JAMES JOHANTGEN    IMMIGRATION ENFORCEMENT AGENT

_____    _____
(Signature of Respondent if Personally Served)    (Signature and Title of officer)

**U.S. Department of Justice**
Immigration and Naturalization Service                    Continuation Page for Form ___I862

| Alien's Name<br>**Yuttasak SIMMA** | File Number<br>**A041 922 247**<br>Event No: SFR0703001368 | Date<br>**March 28, 2007** |
|---|---|---|

ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:
================================================================================

Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in Section 101(a)(43)(B) of the Act, an offense relating to the illicit trafficking in a controlled substance, as described in section 102 of the Controlled Substances Act, including a drug trafficking crime, as defined in section 924(c) of Title 18, United States Code.

| Signature<br><br>JUAN BUSTOS | Title<br><br>SDDO |
|---|---|

Form I-831 Continuation Page (Rev. 6/12/92)

# EXHIBIT 2

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - MINUTES

People of the State of California  vs YUTTASAK SIMMA                          [X] Present

| SC #<br>200305 | Assistant DA of Record<br><br>[ ] Present | Attorney of Record<br>D. HARRISON        [X] Present |
|---|---|---|
| [X] Interpreter Language | Clerk<br>VICTORIA L KEMP | Judge<br>SUSAN BREALL |

Reporter
NOREEN IKEUYE#3538-850 Bryant Street, Room 201-San Francisco-94103-4603

Cause on Calendar for  Sentence                                      **Defendant Status:**  XXXX

Court has appointed D. HARRISON, conflict counsel.

Special appearance by RICHARD HECHLER, DA for the Assistant DA of Record.

Defendant waives formal arraignment for judgment, has been convicted of the crime(s)
of felony by plea on 11/09/2006.

| Count | Code | Section | Degree | MC # | Plea | Finding |
|---|---|---|---|---|---|---|
| 001 | HS | 11378/F | | 02210436 | G | |

The Court orders defendant committed to state prison as follows:
Defendant is sentenced to State Prison for a period of 2 Year(s), Middle Term.

Total State Prison Term: 2 Year(s) 0 Month(s)

**F I L E D**
San Francisco County Superior Court

DEC 05 2006

GORDON PARK-LI, Clerk
By: _V. Kemp_
DEPT. 20          Deputy Clerk

I HEREBY CERTIFY the foregoing to be a full, true and
correct copy of the original on file in this office.
GORDON PARK-LI, Clerk of the Superior Court of California
County of San Francisco

Date: 12-5-06 By Victoria Kemp Deputy Clerk

Case on calendar: SENTENCING.

Arraignment for judgment is waived.

Defendant to receive credit for time served 338 days County Jail 168 days SAGE for a total of 506 days.

The Court states reason for sentence choice.

Court orders defendant to provide sample specimens and print impressions pursuant to PC 296.(a)(1).

Defendant shall pay a Court security fee in the amount of $20.

Defendant shall pay a restitution fine in the amount of $200 pursuant to PC 1202.4.  An additional restitution fine in the same
amount is imposed  pursuant to PC 1202.45.  This additional restitution fine shall be suspended unless the person's parole is
revoked.

Defendant is advised of parole rights.

The defendant is committed to the California Department of Corrections.

Defendant is advised, this drug related conviction may have the  consequence of permanent denial of public assistance.

ABSTRACT OF JUDGMENT - PRISON COMMITMENT - DETERMINATE
[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]

| Superior Court of California, County of San Francisco | | |
|---|---|---|
| Branch and Judicial District: 38 | | 1253/10 |

**F I L E D**
San Francisco County Superior Court

DEC 0 5 2006

GORDON PARK-LI, Clerk
By: Victoria Kemp
DEPT. 20          Deputy Clerk

| People of the State of California vs. | DOB: 12/07/1972 | | 02210436 - A |
|---|---|---|---|
| Defendant: YUTTASAK SIMMA | SCN: 00200305 | | - B |
| AKA: | | | |
| CII#: 10786995 | | | - C |
| Booking #: 551368 | ☐ Not Present | | |
| Commitment to State Prison | ☐ Amended | | - D |
| Abstract of Judgment | Abstract | | |

| Date of Hearing 12/05/2006 | Dept No. M20 | Judge SUSAN BREALL |
|---|---|---|
| Clerk VICTORIA L KEMP | Reporter NOREEN IKEUYE#3538 | Probation No or Probation Officer 551368 |
| Counsel for People HECHLER/RICHARD | | Counsel for Defendant D. HARRISON     ☐ Apptd |

1. Defendant was convicted of the commision of the following felonies:

   Additional counts are listed on attachment

   _____ (number of pages attached)

| Cnt | Code | Section No | Crime | Year Crime Committed | Date of Conviction (Mo/Day/Year) | Convicted By Jury | Convicted By Court | Convicted By Plea | Term (C1,M,U) | Concurrent | Consecutive 1/3 Violent | Consecutive 1/3 Non-Violent | Consecutive Full Term | Incomplete Sentence (prior to item. 6) | 654 Stay | Principal or Consec Time Imposed Yrs | Mos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | HS | 11378 | POSSESS CONTRLD SUBST FOR SALE | 2005 | 11/09/2006 | | | X | M | | | | | | | 2 | 0 |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly 12022 series). List each count enhancement horizontally. Enter time imposed for each "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| Cnt | Enhancement | Y/S | Enhancement | Y/S | Enhancement | Y/S | Enhancement | Y/S | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

I HEREBY CERTIFY the foregoing to be a full, correct copy of the original record in my office.
GORDON PARK-LI, Clerk of the Superior Court of California
County of San Francisco
Date: 12-5-06  By Victoria Kemp Deputy Clerk

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly PC 667 series). List all enhancements horizontally. Enter time imposed for each "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| Enhancement | Y/S | Enhancement | Y/S | Enhancement | Y/S | Enhancement | Y/S | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667(b)-(i) or PC 1170.12 (two strikes).

5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| County | Case Number |
|---|---|
| | |
| | |
| | |
| | |

6. TOTAL TIME ON ATTACHED PAGES: | 0 | 0 |

7. ☐ Additional indeterminate term (see CR-292)

8. TOTAL TIME: | 2Y | 0M |

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted by the Judicial Council of California
CR-290 [Rev. January 1, 1999]

ABSTRACT OF JUDGMENT - PRISON COMMITMENT - DETERMINATE
[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]

Penal Code §§ 1213, 1213.5

Form Date (02/12/2002)v1.21.12f          Print Date: 12/05/2006 10:22          Line# 17

People of the State of California vs.

Defendant: YUTTASAK SIMMA

SCN# 00200305

| 02210436 - A | - B | - C | - D |
|---|---|---|---|

9. **FINANCIAL OBLIGATIONS** (including any applicable penalty assessments):

   a. RESTITUTION FINE of: $ 200 _____ per PC 1202.4(b) forthwith per PC 2085.5.

   b. RESTITUTION FINE of: $ 200 _____ per PC 1202.45 suspended unless parole is revoked.

   c. RESTITUTION FINE of: $ _____ per PC 1202.4(f) to ☐ victim(s)* ☐ Restitution Fund

      (*List victim(s) if known and amount breakdown in item 11, below.)

      (1) ☐ Amount to be determined.

      (2) ☐ Interest rate of: _____ % (not to exceed 10% per PC 1204.4(f)(3)(F).

   d. ☐ LAB FEE of: $ _____ for counts: _____ per H&SC 11372.5(a).

   e. ☐ DRUG PROGRAM FEE of $150 per H&SC 11372.7(a).   f. ☐ FINE of: $ _____ per PC 1202.5.

10. **TESTING:**

   ☐ AIDS pursuant to ☐ PC 1202.1 ☐ other (specify):

   ☒ DNA pursuant to ☐ PC 290.2 ☐ other (specify):

11. Other orders (specify):

12. Execution of sentence imposed

   a. ☐ at initial sentencing hearing.   d. ☐ at resentencing per recall of commitment. (PC 1170(d) )

   b. ☐ at resentencing per decision appeal.   e. ☐ other (specify):

   c. ☐ after revocation of probation.

13. CREDIT FOR TIME SERVED

| Case Number | Total Credits | Actual | Local Conduct | |
|---|---|---|---|---|
| 2210436 -A | 506 | 338 | 168 | ☐ 4019 ☐ 2933.1 |
| - B | | | | ☐ 4019 ☐ 2933.1 |
| - C | | | | ☐ 4019 ☐ 2933.1 |
| - D | | | | ☐ 4019 ☐ 2933.1 |

| Date Sentence Pronounced: 12/05/2006 | Served Time in State Institution: ☐ DMH ☐ CDC ☐ CRC |
|---|---|

14. The defendant is remanded to the custody of the sheriff ☒ forthwith ☐ after 48 hours excluding Staurdays, Sundays, and holidays.

   To be delivered to ☒ the reception center designated by the director of the California Department of Corrections.

      ☐ other (specify):

## CLERK OF THE COURT

I hereby certify the foregoing to be a correct abstract of the judgement made in this action.

| Deputy's Signature Victoria LKemp | Date 12-05-06 |
|---|---|

CR-290 [Rev. January 1, 1999]   **ABSTRACT OF JUDGEMENT-PRISON COMMITMENT-DETERMINATE**   Page Two

Form Date: (02/12/2002)v1.21.12f   Print Date: 12/05/2006 10:22   Line# 17

| ACTION NO. | DEFENDANT(S) | VIOLATION(S) | DEPT. |
|---|---|---|---|
| 2210436 | YUTTASAK SIMMA | 11378 HS/Fel.<br>11366 HS/Fel.<br>273a(a) PC/Fel. (2 CTS) | 11/603 |
| 2210434 | CYNTHIA GALANG | 11378 HS/Fel.<br>11366 HS/Fel.<br>273a(a) PC/Fel. (2 CTS) | 11/602 |
| 2210457 | RODNEY AVILES | 11378 HS/Fel.<br>11366 HS/Fel.<br>273a(a) PC/Fel. (2 CTS) | 11/604 |
| 2210433 | SHEENA KONG | 11378 HS/Fel.<br>11366 HS/Fel.<br>273a(a) PC/Fel. (2 CTS)<br>11351 HS/Fel.<br>11350(a) HS/Fel.<br>4060 PC/Misd. | 11/601 |

**THE PEOPLE OF THE STATE OF CALIFORNIA VS. THE DEFENDANTS ABOVE NAMED**

IN THE SUPERIOR COURT
STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

**COMPLAINT**

**FILED**
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

MAR 2 5 2005

GORDON PARK-LI, Clerk
BY: _____ Deputy Clerk

**AS TO ALL DEFENDANTS:**

**INSPECTOR LEONARD BELL** states and declares on information and belief that the said defendants, Yuttasak Simma, Cynthia Galang, Rodney Aviles and Sheena Kong, did in the City and County of San Francisco, State of California, on or about the 23rd day of March, 2005, commit the crime of felony, to wit:  Violating Section 11378 of the California Health and Safety Code, in that the said defendants did wilfully and unlawfully possess for purpose of sale a controlled substance, to wit: **METHAMPHETAMINE**.

I HEREBY CERTIFY the foregoing to be a full, true and correct copy of the original record in my office.
GORDON PARK-LI, Clerk of the Superior Court of California, County of San Francisco

Date: 12-5-06    By: Victoria Kemp Deputy Clerk

<u>ALLEGATION PURSUANT TO PENAL CODE SECTION 1203.073(b)(2)</u>

It is further alleged that the said defendants, Yuttasak Simma, Cynthia Galang, Rodney Aviles and Sheena Kong, possessed for sale and sold 28.5 grams and more of methamphetamine, a substance containing 28.5 grams and more of methamphetamine and 57 grams and more of a substance containing methamphetamine, within the meaning of Penal Code section 1203.073(b)(2).

**COUNT II**

That the said defendants, Yuttasak Simma, Cynthia Galang, Rodney Aviles and Sheena Kong, did in the City and County of San Francisco, State of California, on or about the 23rd day of March, 2005, commit the crime of felony, to wit:  Violating Section 11366 of the California Health and Safety Code, in that the said defendant did wilfully and unlawfully open and maintain a place for the purpose of unlawfully selling, giving away, and using a controlled substance, to wit: **METHAMPHETAMINE.**

**COUNT III**

That the said defendants, Yuttasak Simma, Cynthia Galang, Rodney Aviles and Sheena Kong, did in the City and County of San Francisco, State of California, on or about the 23rd day of March, 2005, commit the crime of felony, to wit:  Violating Section 273a(a) of the California Penal Code, in that the said defendant who, under circumstances likely to produce great bodily harm or death, did wilfully cause or permit a child, to wit: **DUSTEEN GALANG, AGE 3 YEARS** to suffer or inflict thereon unjustifiable physical pain or mental suffering, or having the care and custody of said child, injure, cause or permit the person or health of said child to be injured, or did wilfully cause or permit said child to be placed in such situation that his/her person or health was/were endangered.

**COUNT IV**

That the said defendants, Yuttasak Simma, Cynthia Galang, Rodney Aviles and Sheena Kong, did in the City and County of San Francisco, State of California, on or about the 23rd day of March, 2005, commit the crime of felony, to wit:  Violating Section 273a(a) of the California Penal Code, in that the said defendant who, under circumstances likely to produce great bodily harm or death, did wilfully cause or permit a child, to wit: **SAMATHA GALANG, AGE 8 MONTHS** to suffer or inflict thereon unjustifiable physical pain or mental suffering, or having the care and custody of said child, injure, cause or permit the person or health of said child to be injured, or did wilfully cause or permit said child to be placed in such situation that his/her person or health was/were endangered.

AS TO DEFENDANT SHEENA KONG ONLY:

### COUNT V

That the said defendant, Sheena Kong, did in the City and County of San Francisco, State of California, on or about the 23rd day of March, 2005, commit the crime of felony, to wit:  Violating Section 11351 of the California Health and Safety Code, in that the said defendant did wilfully and unlawfully possess for sale and purchase for purposes of sale a controlled substance, to wit: **VICODIN (HYDROCODONE).**

### COUNT VI

That the said defendant, Sheena Kong, did in the City and County of San Francisco, State of California, on or about the 23rd day of March, 2005, commit the crime of felony, to wit:  Violating Section 11350(a) of the California Health and Safety Code, in that the said defendant did wilfully and unlawfully have in her possession a controlled substance, to wit: **COCAINE SALT SCHEDULE II.**

### COUNT VII

That the said defendant, Sheena Kong, did in the City and County of San Francisco, State of California, on or about the 23rd day of March, 2005, commit the crime of misdemeanor, to wit:  Violating Section 4060 of the California Business and Professions Code in that the said defendant did then and there possess a controlled substance, to wit: **CLONEZEPAM not** prescribed by a physician, dentist, podiatrist, or veterinarian.

Pursuant to Penal Code sections 1054 through 1054.7, the People request that, within fifteen (15) days, the defendant and/or his/her attorney disclose:  (A) The names and addresses of persons, other than the defendant, he/she intends to call as witnesses at trial, together with any relevant written or recorded statements of those persons, or reports of the statements of those persons, including any reports or statements of experts made in connection with the case, and including the results of physical or mental examinations, scientific tests, experiments, or comparisons which the defendant intends to offer in evidence at the trial; (B) Any real evidence which the defendant intends to offer in evidence at the trial.  This request is a continuing request, to cover not only all such material currently in existence, but all material which comes into existence to the conclusion of this case.

I state, declare, verify and certify under the penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California on March 25, 2005.

INSPECTOR LEONARD BELL

/jj
c:\myfiles\complaints\2210436

DATE/TIME OF ARREST: 03/__/_5 16:10

(IF APPLICABLE): DEFENDANT SUBJECT TO

_____,_____, _____ HOLD.

INCIDENT # 050324640

(____) A MISDEMEANOR
(_XX_) A FELONY

DEFENDANT ARRESTED:
  (_XX_) "ON VIEW"
  (____) WARRANT

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

THE PEOPLE OF THE STATE OF CALIFORNIA )
                            PLAINTIFF, )
                                       )
              VS.                      )
                                       ) NO. 02210436
        SIMMA,YUTTASAK                 )
_____       )
                    DEFENDANT(S),      )
                                       )
_____       )

IT APPEARING TO THE COURT FROM THE INFORMATION SUBMITTED:

(____✓____)    THERE IS SUFFICIENT PROBABLE CAUSE TO BELIEVE
               THAT DEFENDANT COMMITTED A PUBLIC OFFENSE FOR
               WHICH HE/SHE MAY BE DETAINED.

(_____)    THERE IS NOT SUFFICIENT PROBABLE CAUSE TO
               DETAIN THE DEFENDANT. IT IS HEREBY ORDERED
               THAT THE DEFENDANT BE RELEASED.

TIME: ___12:07 pm___

DATED: ___3.24.05___          _____
                              JUDGE OF THE SUPERIOR COURT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(_____)    THE COURT REQUESTS ADDITIONAL INFORMATION BEFORE
               IT CAN DETERMINE PROBABLE CAUSE.

QCXE  02/02

# EXHIBIT 3

U.S. Department of Justice

Immigration and Naturalization Service

# Warrant for Arrest of Alien

File No. **A041 922 247**

Event No: SFR0703001368

FINS #:                                           Date: **March 28, 2007**

**To any officer of the Immigration and Naturalization Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:

**Yuttasak SIMMA**

_____
(Full name of alien)

an alien who entered the United States at or near    **HONOLULU, HAWAII**    on

_____
(Port)

**May 9, 1988**    is within the country in violation of the immigration laws and is

_____
(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

_____
(Signature of authorized INS official)

**JUAN BUSTOS**

_____
(Print name of official)

**SDDO**

_____
(Title)

---

## Certificate of Service

Served by me at **SAN FRANCISCO DISTRICT OFFICE**    on **March 28, 2007**    at **12:00 AM**    .

I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

**JAMES JOHANTGEN**    2373

_____
(Signature of officer serving warrant)

**IMMIGRATION ENFORCEMENT AGENT**

_____
(Title of officer serving warrant)

Form I-200 (Rev. 4-1-97)N

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Custody Determination**

Yuttasak SIMMA

Event No: SFR0703001368
File No: A041 922 247

Date: 03/28/2007

ICE CUSTODY
630 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

☒ detained in the custody of this Service.  *No Bond*
☐ released under bond in the amount of $_____.
☐ released on your own recognizance.

☐ You may request a review of this determination by an immigration judge.
☐ You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

*237 (c)(2)(A)(iii)*

JUAN BUSTOS

_____
(Signature of authorized officer)

SDDO

_____
(Title of authorized officer)

SAN FRANCISCO DISTRICT OFFICE
_____
(INS office location)

☒ I do   ☐ do not request a redetermination of this custody decision by an immigration judge.
☒ I acknowledge receipt of this notification.

_____
(Signature of respondent)

*3-28-07*
_____
(Date)

---

## RESULT OF CUSTODY REDETERMINATION

On _____, custody status/conditions for release were reconsidered by:

☐ Immigration Judge     ☐ District Director     ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:
☐ No change - Original determination upheld.        ☐ Release - Order of Recognizance
☐ Detain in custody of this Service.                ☐ Release - Personal Recognizance
☐ Bond amount reset to _____             ☐ Other: _____

_____
(Signature of officer)

Form I-286 (Rev. 4-1-97)N

# EXHIBIT 4

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0057; Expires 10/31/07
**N-600, Application for
Certificate of Citizenship**

Print clearly or type your answers, using CAPITAL letters in black ink. Failure to print clearly may delay processing of your application.

**Part I. Information About You.** *(Provide information about yourself, if you are a person applying for the Certificate of Citizenship. If you are a U.S. citizen parent applying for a Certificate of Citizenship for your minor child, provide information about your child).*

**If your child has an "A" Number, write it here:**

A  41 - 922 - 247

**A. Current legal name**

Family Name *(Last Name)*

Simma

Given Name *(First Name)*

Yuttasak

Full Middle Name *(If applicable)*

n/a

**B. Name exactly as it appears on your Permanent Resident Card** *(If applicable).*

Family Name *(Last Name)*

Same as above

Given Name *(First Name)*

Full Middle Name *(If applicable)*

**C. Other names used since birth**

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name *(If applicable)* |
|---|---|---|
| none | | |

**D. U.S. Social Security #** *(If applicable)*

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

**E. Date of Birth** *(mm/dd/yyyy)*

Dec. 7, 1972

**F. Country of Birth**

Thailand

**G. Country of Prior Nationality**

Thailand

**H. Gender**

☑ Male   ☐ Female

**I. Height**

5'7

**For USCIS Use Only**

| Returned | Receipt |
|---|---|
| Date | |
| Date | |
| Resubmitted | |
| Date | |
| Date | |
| Reloc Sent | |
| Date | |
| Date | |
| Reloc Rec'd | |
| Date | |
| Date | |

**Remarks**

**Action Block**

**Part 2. Information About Your Eligibility.** *(Check only one).*

**A. I am claiming U.S. citizenship through:**

☑ A U.S. citizen father or a U.S. citizen mother.

☐ Both U.S. citizen parents.

☐ A U.S. citizen adoptive parent(s).

☑ An alien parent(s) who naturalized.

**B.** ☐ I am a U.S. citizen parent applying for a certificate of citizenship on behalf of my minor (under 18 years) BIOLOGICAL child.

**C.** ☐ I am a U.S. citizen parent applying for a certificate of citizenship on behalf of my minor (less than 18 years) ADOPTED child.

**D.** ☐ Other *(Please explain fully)*

**To Be Completed by**

☐ *Attorney or Representative*, if any.

Fill in box if G-28 is attached to represent the applicant.

ATTY State License #

Form N-600 (Rev. 11/01/06) Y

**Part 3.  Additional Information About You.** *(Provide additional information about yourself, if you are the person applying for the Certificate of Citizenship.  If you are a U.S. citizen parent applying for a Certificate of Citizenship for your **minor child**, provide the additional information about your **minor child**).*

**A. Home Address** - Street Number and Name *(Do not write a P.O. Box in this space)*

Detained at Santa Clara County Jail

Apartment Number

| City | County | State/Province | Country | Zip/Postal Code |
|------|--------|----------------|---------|-----------------|
|      |        |                |         |                 |

**B. Mailing Address** - Street Number and Name *(If different from home address)*

Apartment Number

| City | County | State/Province | Country | Zip/Postal Code |
|------|--------|----------------|---------|-----------------|
|      |        |                |         |                 |

**C. Daytime Phone Number** *(If any)*      Evening Phone Number *(If any)*      E-Mail Address *(If any)*

(   )      (   )

**D. Marital Status**

[✓] Single, Never Married      [ ] Married      [ ] Divorced      [ ] Widowed

[ ] Marriage Annulled or Other *(Explain)*

**E. Information about entry into the United States and current immigration status**

1. I arrived in the following manner:

Port of Entry *(City/State)*      Date of Entry *(mm/dd/yyyy)*      Exact Name Used at Time of Entry:

Honolulu, Hawaii      May 9, 1998      Yuttasak SIMMA

2. I used the following travel document to enter:

[✓] Passport

[ ] Passport Number      Country Issuing Passport      Date Passport Issued *(mm/dd/yyyy)*

unknown      Thailand      unknown

Other *(Please Specify Name of Document and Dates of Issuance)*

n/a

3. I entered as:

[ ] An immigrant (lawful permanent resident) using an immigrant visa

[ ] A nonimmigrant

[ ] A refugee

[✓] Other *(Explain)*      Lawful Permanent Resident

4. I obtained lawful permanent resident status through adjustment of status *(If applicable)*:

Date you became a Permanent Resident *(mm/dd/yyyy)*      USCIS (or former INS) Office where granted adjustment of status

May 9, 1998      Hawaii

**F. Have you previously applied for a certificate of citizenship or U.S. passport?**      [✓] No      [ ] Yes *(Attach Explanation)*

**Part 3. Additional Information About You.** *(Provide additional information about yourself, if you are the person applying for the Certificate of Citizenship. If you are a U.S. citizen parent applying for a Certificate of Citizenship for your **minor child**, provide the additional information about your **minor child**). Continued.*

**G. Were you adopted?**  ☑ No    ☐ Yes *(Please complete the following information)*:

Date of Adoption *(mm/dd/yyyy)*                         Place of Final Adoption *(City/State or Country)*

Date Legal Custody Began *(mm/dd/yyyy)*                 Date Physical Custody Began *(mm/dd/yyyy)*

**H. Did you have to be re-adopted in the United States?**  ☑ No    ☐ Yes *(Please complete the following information)*:

Date of Final Adoption *(mm/dd/yyyy)*                   Place of Final Adoption *(City/State)*

Date Legal Custody Began *(mm/dd/yyyy)*                 Date Physical Custody Began *(mm/dd/yyyy)*

**I. Were your parents married to each other when you were born (or adopted)?**   ☑ No    ☐ Yes

**J. Have you been absent from the United States since you first arrived?** *(Only for persons born before October 10, 1952, who are claiming U.S. citizenship at time of birth; otherwise, do not complete this section.)*   ☐ No    ☐ Yes

If yes, complete the following information about all absences, beginning with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States *(mm/dd/yyyy)* | Date You Returned to the United States *(mm/dd/yyyy)* | Place of Entry Upon Return to the United States |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Part 4. Information About U.S. Citizen Father (or Adoptive Father).** *(Complete this section if you are claiming citizenship through a U.S. citizen father. If you are a U.S. citizen father applying for a Certificate of Citizenship on behalf of your minor biological or adopted child, provide information about yourself below.)*

**A. Current legal name of U.S. citizen father.**

Family Name *(Last Name)*          Given Name *(First Name)*          Full Middle Name *(If applicable)*

**B. Date of Birth** *(mm/dd/yyyy)*          **C. Country of Birth**          **D. Country of Nationality**

**E. Home Address -** Street Number and Name *(If deceased, so state and enter date of death)*          Apartment Number

City          County          State/Province          Country          Zip/Postal Code

**Part 4. Information About U.S. Citizen Father (or Adoptive Father).** *(Complete this section if you are claiming citizenship through a U.S. citizen father. If you are a U.S. citizen father applying for a Certificate of Citizenship on behalf of your minor biological or adopted child, provide information about yourself below.)* **Continued.**

**F.  U.S. citizen by:**

- ☐ Birth in the United States
- ☐ Birth abroad to U.S. citizen parent(s)
- ☐ Acquisition after birth through naturalization of alien parent(s)
- ☐ Naturalization

Date of Naturalization *(mm/dd/yyyy)*

Place of Naturalization *(Name of Court and City/State or USCIS or Former INS Office Location)*

Certificate of Naturalization Number

Former "A" Number *(If known)*

**G.  Has your father ever lost U.S. citizenship or taken any action that would cause loss of U.S. citizenship?**

- ☐ No
- ☐ Yes *(Provide full explanation on a separate sheet(s) of paper.)*

**H.  Dates of Residence and/or Physical Presence in the United States** *(Complete this only if you are an applicant claiming U.S. citizenship at time of birth abroad)*

Provide the dates your U.S. citizen father resided in or was physically present in the United States. If you need more space, use a separate sheet(s) of paper.

| From *(mm/dd/yyyy)* | To *(mm/dd/yyyy)* |
|---|---|
|  |  |
|  |  |
|  |  |

**I.  Marital History**

1.  How many times has your U.S. citizen father been married (including annulled marriages)?

2.  Information about U.S. citizen father's **current spouse:**

Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name *(If applicable)*

Date of Birth *(mm/dd/yyyy)*

Country of Birth

Country of Nationality

Home Address - Street Number and Name

Apartment Number

City

County

State or Province

Country

Zip/Postal Code

Date of Marriage *(mm/dd/yyyy)*

Place of Marriage *(City/State or Country)*

Spouse's Immigration Status:

- ☐ U.S. Citizen
- ☐ Lawful Permanent Resident
- ☐ Other *(Explain)*

3.  Is your U.S. citizen father's current spouse also your mother?

- ☐ No
- ☐ Yes

**Part 5. Information About Your U.S. Citizen Mother (or Adoptive Mother).** *(Complete this section if you are claiming citizenship through a U.S. citizen mother (or adoptive mother). If you are a U.S. citizen mother applying for a Certificate of Citizenship on behalf of your minor biological or adopted child, provide information about yourself below).*

**A. Current legal name of U.S. citizen mother.**

| Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
| Paar | Prasai | none |

**B. Date of Birth** *(mm/dd/yyyy)* | **C. Country of Birth** | **D. Country of Nationality**

| April 8, 1953 | Thailand | United States |

**E. Home Address** - Street Number and Name *(If deceased, so state and enter date of death)* | Apartment Number

| 1707 Starlight Drive | |

| City | County | State/Province | Country | Zip/Postal Code |
|---|---|---|---|---|
| Milipitas | Santa Clara | California | USA | 95035 |

**F. U.S. citizen by:**

- [ ] Birth in the United States
- [ ] Birth abroad to U.S. citizen parent(s)
- [ ] Acquisition after birth through naturalization of alien parent(s)
- [x] Naturalization

Date of Naturalization *(mm/dd/yyyy)* | Place of Naturalization *(Name of Court and City/State or USCIS or Former INS Office Location)*

| Nov. 21, 1985 | Los Angeles, California. |

Certificate of Naturalization Number | Former "A" Number *(If known)*

| 12270589 | A 34 -476-126 |

**G. Has your mother ever lost U.S. citizenship or taken any action that would cause loss of U.S. citizenship?**

- [x] No
- [ ] Yes *(Provide full explanation on a separate sheet(s) of paper.)*

**H. Dates of Residence and/or Physical Presence in the United States** *(Complete this only if you are an applicant claiming U.S. citizenship at time of birth abroad)*

Provide the dates your U.S. citizen father resided in or was physically present in the United States. If you need more space, use a separate sheet(s) of paper.

| From *(mm/dd/yyyy)* | To *(mm/dd/yyyy)* |
|---|---|
| | |
| | |
| | |

**I. Marital History**

1. How many times has your U.S. citizen mother been married (including annulled marriages)? | 2

2. Information about U.S. citizen mother's current spouse:

| Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
| Paar | Kenneth | James |

| Date of Birth *(mm/dd/yyyy)* | Country of Birth | Country of Nationality |
|---|---|---|
| Aug 3, 1952 | USA | USA |

**Part 5. Information About Your U.S. Citizen Mother (or Adoptive Mother).** *(Complete this section if you are claiming citizenship through a U.S. citizen mother (or adoptive mother). If you are a U.S. citizen mother applying for a Certificate of Citizenship on behalf of your minor biological or adopted child, provide information about yourself below).* **Continued.**

2. Information about U.S. citizen mother's **current spouse:** *(Continued.)*

Home Address - Street Number and Name

1707 Starlight Drive

Apartment Number

City: Milipitas    County: Santa Clara    State or Province: California    Country: USA    Zip/Postal Code: 95035

Date of Marriage (mm/dd/yyyy): 10/27/1979    Place of Marriage (City/State or Country): MountainView, CA

Spouse's Immigration Status:

[✓] U.S. Citizen    [ ] Lawful Permanent Resident    [ ] Other *(Explain)*

3. Is your U.S. citizen mother's current spouse also your father?    [✓] No    [ ] Yes

**Part 6. Information About Military Service of U. S. Citizen Parent(s).** *(Complete this only if you are an applicant claiming U.S. citizenship at time of birth abroad)*

1. Has your U. S. citizen parent(s) served in the armed forces?    [✓] No    [ ] Yes

2. If "Yes," which parent?    [ ] U.S. Citizen Father    [ ] U.S. Citizen Mother

3. Dates of Service. *(If time of service fulfills any of required physical presence, submit evidence of service.)*

| From (mm/dd/yyyy) | To (mm/dd/yyyy) | From (mm/dd/yyyy) | To (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

4. Type of discharge.    [ ] Honorable    [ ] Other than Honorable    [ ] Dishonorable

**Part 7. Signature.**

I certify, under penalty of perjury under the laws of the United States, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records, or my minor child's records, that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking.

Applicant's Signature: [signature]    Printed Name: Yuttasak Simma    Date (mm/dd/yyyy): June 11, 2007

**Part 8. Signature of Person Preparing This Form, If Other Than Applicant.**

I declare that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above-named person in response to the questions contained on this form.

Preparer's Signature: [signature]    Preparer's Printed Name: Sin Yen Ling    Date (mm/dd/yyyy): June 11, 2007

Name of Business/Organization *(If applicable)*: Asian Law Caucus    Preparer's Daytime Phone Number: (415) 896-1701 x110

Preparer's Address - Street Number and Name: 939 Market St. Suite 201

City: San Francisco    County: San Francisco    State: CA    Zip Code: 94103

**NOTE:  Do not complete the following parts unless a USCIS officer instructs you to do so at the interview.**

## Part 9.  Affidavit.

I, the (applicant, parent or legal guardian) _____ do swear or affirm, under penalty of perjury laws of the United States, that I know and understand the contents of this application signed by me,  and the attached supplementary pages number (____) to (____) inclusive, that the same are true and correct to the best of my knowledge, and that corrections number (____) to (____) were made by me or at my request.

Signature of parent, guardian or applicant

Date *(mm/dd/yyyy)*

Subscribed and sworn or affirmed before me upon examination of the applicant (parent, guardian) on _____ at _____ .

Signature of Interviewing Officer

Title

## Part 10.  Officer Report and Recommendation on Application for Certificate of Citizenship.

On the basis of the documents, records and the testimony of persons examined, and the identification upon personal appearance of the underage beneficiary, I find that all the facts and conclusions set forth under oath in this application are ☐ true and correct; that the applicant did ☐ derive or acquire U.S. citizenship on _____ *(mm/dd/yyyy)*, through *(mark "X" in appropriate section of law or, if section of law not reflected, insert applicable section of law in "Other" block):*   ☐ **section 301 of the INA**   ☐ **section 309 of the INA**   ☐ **section 320 of the INA**   ☐ **section 321 of the INA**   ☐ **Other**

and that (s)he ☐ *has* ☐ *has not* been expatriated since that time.  I recommend that this application be ☐ *granted* ☐ *denied* and that ☐ *A or* ☐ *AA* Certificate of Citizenship be issued in the name of _____ .

District Adjudication Officer's Name and Title

District Adjudication Officer's Signature

I do ☐ do not ☐ concur in recommendation of the application.

District Director or Officer-in-Charge Signature

Date *(mm/dd/yyyy)*



UNITED STATES OF AMERICA

No. 1270589

Petition No. 585689

ORIGINAL

Personal description of holder as of date of naturalization: Date of birth APRIL 8, 1953 Sex FEMALE complexion MEDIUM color of eyes BROWN color of hair BLACK height 5 feet 0 inches; visible distinctive marks SCAR ON NOSE
Marital status MARRIED

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me.

Prasai Paar

UNITED STATES OF AMERICA
CENTRAL DIST. OF CALIFORNIA } ss:

Be it known that at a term of the

The United States District Court of Los Angeles

PRASAI PAAR
now residing at 1109 SPARROW DR., POINT MUGU, CA

EIGHTY-FIVE

NOVEMBER 21ST

LEONARD A. BROSNAN
U.S. District Court

By
Frank R. Marra
Deputy Clerk.

IT IS PUNISHABLE BY U. S. LAW TO COPY,
PRINT OR PHOTOGRAPH THIS CERTIFICATE.



\* 028605293144

ROYAL EMBLEM

**Form Type:**

CR. 2  Part 1.

BIRTH  CERTIFICATE

Late Birth Report

**ห้างหุ้นส่วนจำกัด เอ.ซี เซอร์วิส**
**A. C.  SERVICE LIMITED PARTNERSHIP**

Citizen I.D.Card Number

Registration Office of:        Tambol Prasart      3108        | 2-3108-00019-31-1

| | | | |
|---|---|---|---|
| **1.**<br><br>NEWBORN | 1.1  Firstname        Lastname<br><br>Mr. Yutasak        Simma | 1.2  Sex<br><br>Male | 1.3<br>Nationality<br>Thai |
| | 1.4 Date of Birth<br>December 7, A.D. 1972 | Time<br>06:00 | Corresponding Month Year<br>Tuesday    1st    Chuad |
| | 1.5 Birth Place  Address:  No. 21, Group No. 10, Tambol: Prasart<br>at home       Ban Kruad District, Burirum Province | | 1.6  Being<br>No.  1  Child |
| | 1.7 Person attended  ___  Self Delivered  _x_ Midwife<br>the Delivery:<br>       --- Medical Doctor --- Nurse<br>--- Obstetrician   --- Other: | | 1.8 Weight<br>at Birth<br><br>       Grams |
| | 1.9 Name added to House Registration Number:<br>21 Group No. 10, Tambol: Prasart, Ban Kruad District, Burirum Province | | |
| | 1.10 House Code<br>       3 108 008141 1 | | |

| | | | |
|---|---|---|---|
| **2.**<br><br>MOTHER | 2.1  Firstname        Maiden Name<br><br>Mrs. Prasai        Matchaya | 2.2 Citizen I.D.Card Number | |
| | 2.3 Age   2.4 Nationality<br>40    Year   ----- Thai  Other: | 2.5 Birth Province<br>Nakhon Phanom | Country<br>Thailand |
| | 2.6 Residential Address   -37/1-  38/1, Group No. 1, Tambol: Nongyart,<br>(Official Seal Affixed)  Muang District, Nakhon Phanom Province, Thailand | | |

| | | | |
|---|---|---|---|
| **3.**<br><br>FATHER | 3.1  Firstname        Lastname<br><br>Mr. Wilai        Simma | 3.2 Citizen I.D.Card Number | |
| | 3.3 Age   3.4 Nationality<br>39    Year   ----- Thai  Other: | 3.5 Birth Province<br>Roiet | Country<br>Thailand |
| | 3.6 Residential Address<br>---- Same to Mother:  _x_ Other: | Address:  25, Group No. 2, Tambol: Klong Ta<br>Kien, Phra Nakhon Sri Ayudhya District, | |

| | | | |
|---|---|---|---|
| **4.**<br><br>BIRTH<br>INFORMANT | 4.1 Firstname   Lastname<br><br>Mrs. Puangmala  Pisoot | 4.2 Citizen I.D.Card Number | 4.3 Age<br><br>   Year |
| | 4.4 Address<br>38/1,Group No. 6, Tambol: Nongyart, Muang Nakhon Phanom District, Nakhon Phanom | | |
| | 4.5 Relationship to Newborn: --x-House Owner: ---Father: ---Delivery Attendant<br>---Relative: ---Official: ---Mother: ---Other: | | |
| | 4.6 Certificate of Birth 4.7 Receipt of Report<br>not issue        not issue | 4.8 Signature of Informant<br>(Fingerprint)<br>(Mrs. Puangmala  Pisoot) | |

SIGNATURE OF REGISTRAR ACCEPTED BIRTH REPORT
(Mr. Sakda  Tiempayuha)
-----------------------------------------------------
Asst. Registrar of Tambol: Prasart

Registrar to: ----------------------------

Date accepted:   July 2, A.D. 1987..
       ----------------------------

**ห้างหุ้นส่วนจำกัด เอ.ซี. เซอร์วิส**
**C. SERVICE LIMITED PARTNERSHIP**
**รับรองคำแปลถูกต้อง**
**CERTIFIED CORRECT TRANSLATION**

|  ลายมือชื่อ  |  ผู้จัดการ  |
|---|---|
|  TRANSLATOR  |  MANAGER  |

1 4 APR 1988

Thor. Ror. 4 part 2  **    ...2941527

04

Nb    581/33

[Emblem of Garuda]

534    007    2542

**Death certificate**

nb 01-14993015

**Registration office** local municipality muang Nakhon Sriayutha ya    1499

| 1 Deceased | 1.1 First name   Last name | | 1.2 ID card number | | 1.3 Sex | 1.4 Age |
|---|---|---|---|---|---|---|
| | Mr. Vilay  Simma | | 3-1401-00021-36-4 | | ☑ Male  ☐ Female | 42 years old |
| | 1.5 Nationality | | 1.6 Occupation | 1.7 Marital status | | |
| | ☑ Thai  ☐ Other | | Employee | ☐ Sing. ☑ Mar. ☐ Div. ☐ Sep. ☐ Wid. | | |
| | 1.8 Address | | | | | |
| | 21 Moo 10 Tambon Prasat Ampher Ban Kruat Buriram Province | | | | | |

| 2 Death details | 2.1 Dead on Day 26 Month November Year 1990 | 2.2 Medical care before death  ☐ No |
|---|---|---|
| | 26-11-1990        Time 11.20 am | ☑ Yes ☐ Midwife ☐ Traditional ☑ Qualified ☐ Other |
| | 2.3 attestation of death | 2.4 Reason of death |
| | ☐ No   ☑ Yes    nb 632/2533 | Heart attack, abnormal loss of weight, didn't eat for a long period |

| 3 Place of death | 3.1 Place | 3.2 |
|---|---|---|
| | Pra Nakhon Sriayuthaya hospital | Length of stay ......Year(s)......Month(s)...3.Day(s) |

| 4 Father of deceased, mother of deceased | 4.1 First name   Last name | 4.2 ID card number |
|---|---|---|
| | Khun Simma | 3-3108-00436-18_2 |
| | 4.3 First name   Last name | 4.4 ID card number |
| | Khon Simma | 3-3108-00436-19_1 |

| 5 Notified by | 5.1 First name   Last name | 5.2 ID card number |
|---|---|---|
| | Mrs Nipha Boonsawat | [empty] |
| | 5.3 Relation | |
| | ☐ Father ☑ Mother ☐ Home owner ☐ Family ☐ Work_together ☐ Look_after_before_death ☐ Other | |
| | 5.4 Address | |
| | Pra Nakhon Sriayuthaya hospital | |

| 6 Corpse | 6.1 State | 6.2 Place |
|---|---|---|
| | ☐ Yes  ☑ Buried ☐ Cremated ☐ Yes | Masyimsofha Tambon Krong Takhien Ampher Pra Nakhon Sriayuthaya Ayuthaya Province |

| 7 Death notification on Day 26 Month November Year 1990 | 8 Declaration of death  ☐ Yes  ☑ No |
|---|---|

9 Signature [signature]...Registration Date...26 11 1990

[stamp of local municipality office assistant]  has received

10 Signature  [signature]............has notified

(Nipha Boonsawat)

| 11 | 12 |
|---|---|
| Certified copy (stamp) [signature] [Local municipality assistant (stamp)] | Signature [empty]..................Registration Date.................... |

เลขที่ | 0 1 1 4 9 9 3 0 1 5

**มรณบัตร**

ที่ | 1 4 9 9

สำนักทะเบียน   ท้องถิ่นเทศบาลเมืองนครศรีอยุธยา

| ๑ ผู้ตาย | ๑.๑ ชื่อตัว   นาย จลุ   ชื่อสกุล  สิมมา | ๑.๒ เลขประจำตัวประชาชน  3-1401-00021-36-4 | ๑.๓ เพศ ☑ชาย ◯หญิง  อายุ ๕๕ ปี |

๑.๔ สัญชาติ ☑ไทย ◯อื่นๆ    ๑.๖ อาชีพ   รับจ้าง    ๑.๗ สถานภาพการสมรส ◯โสด ☑สมรส ◯หม้าย ◯ร้าง ◯หย่า

๑.๘ ที่อยู่   บ้านเลขที่ ๑๑ หมู่ที่ ๒๐๑๐ ตรอก ซอย ถนน ตำบล/แขวง ป.ประชา อำเภอ อ.มหาราช จังหวัด จ.มิชิม

| ๒ รายการตาย | ๒.๑ ตายเมื่อวันที่ ๑๖ เดือน พฤษภาคม พ.ศ. ๒๕๓๓   ☐๑๑.๔๐ น. | ๒.๒ ผู้รับรองการตาย ◯ไม่มี ☑มี คือ ◯หมอตำแย ◯แพทย์แผนโบราณ ☑แพทย์แผนปัจจุบัน ◯อื่นๆ |
| | ๒.๓ หนังสือรับรองการตาย ◯ไม่มี ☑มี เลขที่ 639 LL33 | ๒.๔ สาเหตุการตาย |

| ๓ สถานที่ตาย | ๓.๑ ชื่อสถานที่ โรงพยาบาลประสาท บ้านเลขที่ หมู่ที่ ตรอก ซอย ถนน บาร์ง/แขวง อำเภอ/เขต จังหวัด | ๓.๒ พักอยู่สถานที่ตายนาน ___ ปี เดือน ๓ วัน |

| ๔ บิดามารดาของผู้ตาย | ๔.๑ บิดาชื่อ   นายจุ้ม   ชื่อสกุล  (สิมมา) | ๔.๒ เลขประจำตัวประชาชนบิดา  3-3108-00436-8-2 |
| | ๔.๓ มารดาชื่อ   นางง   ชื่อสกุล  (สิมมา) | ๔.๔ เลขประจำตัวประชาชนมารดา  3-3108-00436-9-1 |

| ๕ แจ้งตาย | ๕.๑ ชื่อตัว   นางวิภา   ชื่อสกุล  มงคลรัตน์ | ๕.๒ เลขประจำตัวประชาชน |

๕.๓ ความเกี่ยวพันเป็น ◯บิดา ◯มารดา ◯เจ้าบ้าน ◯ญาติ ☑เจ้าพนักงาน ◯ผู้รักษาก่อนตาย ◯ผู้อื่น

๕.๔ อยู่บ้านเลขที่ ___ หมู่ที่ ตรอก/ซอย ถนน ตำบล/แขวง อำเภอ/เขต จังหวัด

| ๖ ศพ | ๖.๑ จัดการศพโดย ◯เก็บ ☑ฝัง ◯เผา ◯อื่นๆ | ๖.๒ สถานที่ ___ ตำบล/แขวง อำเภอ/เขต จังหวัด |

๗ แจ้งการตายเมื่อวันที่ ๑๖ เดือน พฤษภาคม พ.ศ. ๒๕๓๓    ๘ ใบแจ้งการตาย ◯มี ☑ไม่มี

๙ ลงชื่อ _____ นายทะเบียน ผู้รับแจ้ง

๑๐ ลงชื่อ   นางวิภา  มงคลรัตน์  ผู้แจ้ง    ( นางวิภา  มงคลรัตน์ )

| ๑๑ การเปลี่ยนแปลงการจัดการศพ | ๑๒ |
| สำเนาถูกต้อง   นางสายพิณ วงษ์ประสิทธิ์ | ลงชื่อ _____ นายทะเบียน   ( _____ )   ผู้รับแจ้งการเปลี่ยนแปลง |