| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SCBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| YUTTASAK SIMMA, | ) | |
| | ) | No. C 07-3534 MMC |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS; AND** |
| | ) | **[PROPOSED] ORDER** |
| ALBERTO GONZALES, in his official capacity as Attorney General of the United States; MICHAEL CHERTOFF, in his official capacity as Secretary of the United States Department of Homeland Security; NANCY ALCANTAR, in her official capacity as Field Office Director for the Office of Detention and Removal Operations for Immigration and Custom Enforcement; DAVID SEPULVEDA, in his official capacity as Director of the Main Jail of the Santa Clara County Correctional Facilities, | ) | |
| Respondents. | ) | |

Subject to the Court's approval, the parties hereby stipulate to dismissal of the action without prejudice because the United States Immigration and Customs Enforcement ("ICE") has agreed to release Petitioner from custody on or before September 6, 2007.

The parties will bear their own costs and fees.

///

Stipulation to Dismiss Without Prejudice
C-07-3534 MMC

Date: September 5, 2007                                   Respectfully submitted,

                                                          SCOTT N. SCHOOLS
                                                          United States Attorney


                                                          _____/s/_____
                                                          ILA C. DEISS
                                                          Assistant United States Attorney
                                                          Attorneys for Respondents


Date: September   , 2007                                  _____/s/_____
                                                          RUOYU ROY WANG
                                                          Attorney for Petitioner

**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.


Date:                                                     _____
                                                          MAXINE M. CHESNEY
                                                          United States District Judge

Stipulation to Dismiss Without Prejudice
C-07-3534 MMC                                   2