1  SCOTT N. SCHOOLS, SCBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   YUTTASAK SIMMA,                              )
13                                              ) No. C 07-3534 MMC
                                                )
14          Petitioner,                         )
                                                )
15     v.                                       ) **STIPULATION TO DISMISS; ORDER**
                                                ) **THEREON**
16 ALBERTO GONZALES, in his official capacity   )
   as Attorney General of the United States;    )
17 MICHAEL CHERTOFF, in his official capacity   )
   as Secretary of the United States Department of )
18 Homeland Security; NANCY ALCANTAR, in        )
   her official capacity as Field Office Director for )
19 the Office of Detention and Removal Operations )
   for Immigration and Custom Enforcement;      )
20 DAVID SEPULVEDA, in his official capacity as )
   Director of the Main Jail of the Santa Clara )
21 County Correctional Facilities,              )
                                                )
22          Respondents.                        )
                                                )
23

24     Subject to the Court's approval, the parties hereby stipulate to dismissal of the action without

25 prejudice because the United States Immigration and Customs Enforcement ("ICE") has agreed to

26 release Petitioner from custody on or before September 6, 2007.

27     The parties will bear their own costs and fees.

28 ///

Stipulation to Dismiss Without Prejudice
C-07-3534 MMC

1 | Date: September 5, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Respondents

Date: September 5, 2007

_____/s/_____
RUOYU ROY WANG
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 5, 2007

MAXINE M. CHESNEY
United States District Judge

Stipulation to Dismiss Without Prejudice
C-07-3534 MMC                                    2